## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| _____ | ) | |
| Destiny Trisnagay SCOTT, | ) | |
| A 226-091-229 | ) | |
| | ) | |
|        Petitioner, | ) | Case No. _____ |
| | ) | |
|        v. | ) | **PETITION FOR REVIEW** |
| | ) | |
| Todd BLANCHE, | ) | |
| U.S. Attorney General, | ) | |
| | ) | |
|        Respondent. | ) | |
| _____ | ) | |

Petitioner Destini Scott hereby petitions this Court for review of the Board of Immigration Appeals' decision dated June 2, 2026, denying her application for a waiver of the appeal fee under 8 C.F.R. § 1003.8(a)(3). This decision renders final the immigration judge's April 29, 2026, order denying her applications for asylum, withholding of removal, and protection under the Convention Against Torture, and directing her removal from the United States to Jamaica.

This petition is filed within 30 days of the final order of removal. 8 U.S.C. § 1252(b)(1); 8 C.F.R. §§ 1003.8(a)(3), 1003.38(d), 1003.39 (when the Board of Immigration Appeals denies a fee waiver and the noncitizen does not pay the fee, the immigration judge's order becomes final). Venue is proper in this circuit because the immigration judge completed the removal proceedings in New York, New York. 8 U.S.C. § 1252(b)(2). This decision has not been subject to any prior judicial review.

                                         _/s/ Andrea A. Saenz_____
                                         Andrea A. Saenz
                                         Co-Counsel NYC
                                         224 West 35th Street, Suite 500, #269
                                         New York, NY 10001
                                         andrea@cocounsel.org
                                         _Pro Bono Counsel for Petitioner_

## **Certificate of Service**

I, Andrea Saenz, certify that the attached Petition for Review has been served on Respondent Todd Blanche, Attorney General, via the Court's ACMS filing system.

_/s/Andrea A. Saenz_____
Andrea Saenz, Esq.
June 17, 2026